# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| CARMEN McALPIN CLARKE,<br><br>　　　　　　　　　　　　Plaintiff,<br>　v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>　　　　　　　　　　　　Defendant. | 1:08-cv-86 |

TO:　Lee J. Rohn, Esq.
　　　Andrew C. Simpson, Esq.

### ORDER

THIS MATTER came before the Court upon Plaintiff's Motion to Reconsider the Order of August 4, 2006 (Docket No. 32) and Motion to Reconsider Denial of Motion to Compel (Docket No. 33). Defendant filed an opposition to each motion, and Plaintiff filed replies thereto.

Being advised in the premises and being satisfied therein, the Court finds that reconsideration is not warranted. Nothing in Plaintiff's said motions persuades the Court that its previous orders require clarification, modification, or reversal. With regard to both motions, the record is exceedingly clear that the period for discovery limited to Defendant's liability closed on April 18, 2009, and the Court did not err in either of the orders at issue.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Motion to Reconsider the Order of August 4, 2009 (Docket No. 32) is **DENIED**.

2. Plaintiff's Motion to Reconsider Denial of Motion to Compel (Docket No. 33) is **DENIED**.

                                                                                                        ENTER:

Dated: September 4, 2009                              /s/ George W. Cannon, Jr.
                                                                        GEORGE W. CANNON, JR.
                                                                        U.S. MAGISTRATE JUDGE