# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

CARMEN McALPIN CLARKE,

                                   **Plaintiff,**        1:08-cv-86

    v.

MARRIOTT INTERNATIONAL, INC.,

                                   **Defendant.**

TO:    Lee J. Rohn, Esq.
         Andrew C. Simpson, Esq.

## ORDER

THIS MATTER came before the Court upon Plaintiff's Motion to Reconsider Court's Order of January 5, 2010 (Docket No. 73). Defendant filed an opposition to said motion, and Plaintiff filed a reply thereto.

Being advised in the premises and being satisfied therein, the Court finds that reconsideration is not warranted. Nothing in Plaintiff's said motion persuades the Court that its previous order(s) require clarification, modification, or reversal. Contrary to Plaintiff's contention, the order(s) at issue did not stay the entire proceeding. The order stayed the deadlines. As stated in the Order (Docket No. 29), entered August 4, 2009, discovery only with respect to the issue(s) of Defendant Marriott International, Inc.'s

liability and/or jurisdiction over said Defendant is closed. In addition, in view of the fact that Plaintiff has not yet served the defendants she added in her First Amended Complaint, any discovery or scheduling deadlines issues Plaintiff may have pertaining to those defendants is premature.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion to Reconsider Court's Order of January 5, 2010 (Docket No. 73) is **DENIED**.

ENTER:

Dated: February 10, 2010 /s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE