# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

CARMEN McALPIN CLARKE,

                               **Plaintiff,**          1:08-cv-86

    v.

MARRIOTT INTERNATIONAL, INC.,
ROYAL ST. KITTS BEACH RESORT, LTD.,
LUXURY HOTELS INTERNATIONAL
MANAGEMENT ST. KITTS, LTD. f/k/a
MARRIOTT ST. KITTS MANAGEMENT
COMPANY, INC.,

                               **Defendants.**

**TO:**    Lee J. Rohn, Esq.
        Andrew C. Simpson, Esq.
        Michael J. Sanford, Esq.

## ORDER

THIS MATTER came before the Court upon Plaintiff's Request For Entry of Default (Docket No. 100).

Plaintiff moves for entry of default against Defendant Luxury Hotels International Management St. Kitts, Ltd. /f/k/a Marriott St. Kitts Management Company, Inc., claiming that she effected proper service upon said Defendant and that said Defendant has failed to

plead or otherwise defend. The record indicates, however, that said Defendant now has filed an answer to Plaintiff's First Amended Complaint.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Request For Entry of Default (Docket No. 100) is **DENIED**.

ENTER:

Dated: June 21, 2010

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE