**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

_____
**CARMEN MCALPIN CLARKE,**                )
                                                                       )
             **Plaintiff,**                          )
                                                                       )
     v.                                                         )
                                                                       )
**MARRIOTT INTERNATIONAL, INC.,**      )     Civil Action No. 2008-086
**ROYAL ST. KITTS BEACH RESORT, LTD.,** )
**and LUXURY HOTELS INTERNATIONAL**   )
**MANAGEMENT ST. KITTS, LTD.**           )
**f/k/a MARRIOTT ST. KITTS MANAGEMENT** )
**COMPANY, INC.,**                                    )
                                                                       )
             **Defendants.**                       )
_____)

**Attorneys:**
**Lee J. Rohn, Esq.,**
St. Croix, U.S.V.I.
    *For the Plaintiff*

**Andrew C. Simpson, Esq.,**
**Emily Shoup, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant Marriott International, Inc.*

**Michael J. Sanford, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants Luxury Hotels International Management St. Kitts, Ltd.*
    *and Royal St. Kitts Beach Resort, Ltd.*

**<u>ORDER</u>**

**UPON CONSIDERATION** of Defendants' "Second Motion for Summary Judgment" (Dkt. No. 234), and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Defendants' "Second Motion for Summary Judgment" is

**GRANTED**.

    **SO ORDERED**.

Date: February 6, 2014                              _____/s/_____
                                                           WILMA A. LEWIS
                                                           Chief Judge