**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

_____
CARMEN MCALPIN CLARKE,            )
                                  )
        **Plaintiff,**              )
                                  )
    v.                            )
                                  )
MARRIOTT INTERNATIONAL, INC.,     )    **Civil Action No. 2008-086**
ROYAL ST. KITTS BEACH RESORT, LTD., )
and LUXURY HOTELS INTERNATIONAL   )
MANAGEMENT ST. KITTS, LTD.        )
f/k/a MARRIOTT ST. KITTS MANAGEMENT )
COMPANY, INC.,                    )
                                  )
        **Defendants.**            )
_____)

**Attorneys:**
**Lee J. Rohn, Esq.,**
St. Croix, U.S.V.I.
    *For the Plaintiff*

**Andrew C. Simpson, Esq.,**
**Emily Shoup, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant Marriott International, Inc.*

**Michael J. Sanford, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants Luxury Hotels International Management St. Kitts, Ltd.*
    *and Royal St. Kitts Beach Resort, Ltd.*

**ORDER**

      **UPON CONSIDERATION** of Defendants' "Second Motion for Summary Judgment" (Dkt. No. 234), and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Defendants' "Second Motion for Summary Judgment" is **GRANTED**.

**SO ORDERED**.

Date: February 6, 2014  _____/s/_____
WILMA A. LEWIS
Chief Judge